DANIEL O'NEIL, Appellant, v. OUR LADY OF LOURDES HOSPITAL, INC., Respondent.—

628

